NUMBER 13-04-373-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

JUAN MANUEL VELA, D/B/A CANDLELIGHT AGENCY,         Appellant,

v.

THE LAMAR COMPANIES,                                                  Appellee.
___________________________________________________________________

On appeal from the 347th District Court 
of Nueces County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa, and Castillo
Memorandum Opinion Per Curiam

         Appellant, JUAN MANUEL VELA, D/B/A CANDLELIGHT AGENCY, attempted to
perfect an appeal from a judgment entered by the 347th District Court of Nueces
County, Texas, in cause number 03-6951-H. Judgment in this cause was signed on
May 12, 2004. No timely motion for new trial was filed. Pursuant to Tex. R. App.
P. 26.1, appellant’s notice of appeal was due on June 11, 2004, but was not filed
until June 15, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this Court’s letter, the appeal
would be dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 27th day of August, 2004.